# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IGNATUS PAPPAGALLO, *et al.*, Plaintiffs, v. Redco Corp. f/k/a Crane Co., *et al.*, Defendants. | Civil No.: 5:25-cv-01852-JMG |

## ORDER

**AND NOW**, this 29th day of August, 2025, upon consideration of Plaintiffs' Motion to Remand to State Court (ECF No. 60), Defendants Paramount Global and General Electric Company's Joint Opposition to Plaintiffs' Motion to Remand (ECF No. 63), Defendant John Crane Inc.'s Opposition to Plaintiffs' Motion to Remand to State Court (ECF No. 64), Plaintiffs' Supplemental Brief in Response to the Court's July 3, 2025 Order (ECF No. 69), Defendant John Crane Inc.'s Supplemental Opposition to Plaintiffs' Motion to Remand to State Court (ECF No. 82), and Defendants Paramount Global and General Electric Compan"s Supplemental Brief as to Plaintiffs' Motion to Remand (ECF No. 83), **IT IS HEREBY ORDERED** that Plaintiffs' Motion (ECF No. 60), is **GRANTED** and Plaintiffs' claims are **REMANDED** to the Philadelphia Court of Common Pleas.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge